## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA

**IN RE:**    **CASES ASSIGNED TO**          **Misc. No.** 4:95mc40111
**MAGISTRATE JUDGE**
**ALLAN KORNBLUM**

### ADMINISTRATIVE ORDER

United States Magistrate Judge Allan Kornblum passed away on

February 12, 2010. To effect the efficient processing of cases pending

appointment of a new magistrate judge, the following procedures will be used.

1.    Cases referred to Magistrate Judge Kornblum will be handled by

the assigned district judge.

2.    For administrative and case management purposes, referral of

cases to the magistrate judges will continue in accordance with existing

administrative orders. The docketing system and CMECF will continue to show

cases being referred to Magistrate Judge Kornblum, although a district judge will

be issuing all orders. Thus, for dispositive matters, final orders will be issued

directly by the district judge without a Report and Recommendation and

objections. Motion orders will be entered directly by the district judge, and thus

the process of the magistrate judge entering an order which can be appealed to

the district judge will not apply.

3.      For scheduling and other routine matters, the parties and litigants should continue to communicate with Magistrate Judge Kornblum's staff and courtroom deputy.

4.      Nothing in this Administrative Order shall prohibit the district judge from making a specific referral to another magistrate judge in this district for purposes of conducting evidentiary hearings or other such proceedings, pursuant to Northern District of Florida Local Rule 72.3.

SO ORDERED this 10th th day of March, 2010.

*S/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge